UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Juan V. Anderson,<br><br>       Plaintiff,<br><br>v.<br><br>Tim Henson; Village of Dwight; and D.O.E. x. 50, et al.,<br><br>       Defendants. | Case No. 21-CV-1152 (SRN/DTS)<br><br>**ORDER** |

SUSAN RICHARD NELSON, United States District Judge

      This matter is before the Court on the motion of plaintiff Juan V. Anderson to vacate a conviction incurred in the Illinois state courts. *See* Doc. No. 16. The motion is denied. Leaving aside that judgment has already been entered in this matter and that Anderson has offered no valid basis upon which to reopen that judgment, *see* Fed. R. Civ. P. 60(b), Anderson cannot attack the validity of a criminal conviction in a non-habeas federal proceeding such as this lawsuit, *see, e.g.*, *Heck v. Humphrey*, 512 U.S. 477 (1994). Nor can Anderson pursue in this District habeas corpus relief from a conviction incurred in Illinois. *See* 28 U.S.C. § 2241(a) ("Writs of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge *within their respective jurisdictions*." (emphasis added)). The Court is without authority to grant the postconviction relief sought by Anderson.

Based on the submissions and the entire file and proceedings herein, **IT IS HEREBY ORDERED** that the motion to exonerate conviction of plaintiff Juan V. Anderson [Doc. No. 16] is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 8, 2022                         s/Susan Richard Nelson
                                                SUSAN RICHARD NELSON
                                                United States District Judge